# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BERLANGA, BRANDON EHRESMAN, CHARLES GAETH, MICHAEL GONZALEZ, JOHN LANGLITZ, and CHRISTOPHER PALACIO, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES LLC dba SHELL OIL PRODUCTS US, CRI U.S. LP, CRI CATALYST COMPANY LP, and SHELL PIPELINE COMPANY LP, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 17-cv-00282-MMC<br><br>Assigned to Hon. Maxine M. Chesney<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO EXTEND CLASS CERTIFICATION MOTION AND OTHER DEADLINES |

**ORDER**

The Court, having considered the parties' Stipulation to Extend Class Certification Motion and Other Deadlines, and finding good cause appearing, hereby ORDERS that:

1. Plaintiffs shall file their motion for class certification by July 24, 2018;
2. Defendants shall file their opposition to Plaintiffs' motion by September 18, 2018;
3. Plaintiffs shall file their reply by October 16, 2018; and
4. The hearing on Plaintiffs' motion for class certification shall be continued to November 16, 2018, at 9:00 a.m.

The Court further orders that the Further Case Management Conference shall be continued from November 2, 2018, to January 4, 2019, at 10:30 a.m. The parties shall file a joint case management conference statement seven (7) days before the Further Case Management Conference.

IT IS SO ORDERED.

Dated: April 20, 2018

Maxine M. Chesney, United States District Judge